REO-SAVANNAH MOTOR COMPANY *et al. v.* DAVIS.

GILBERT, J.   The verdict was supported by the evidence.   None of the grounds of the motion for new trial show reversible error.

*Judgment affirmed.   All the Justices concur.*

No. 6891.   JANUARY 16, 1929.

*Lewis A. Mills* and *Henry McAleer,* for plaintiffs in error.
*N. J. Norman* and *I. C. Farthing,* contra.